UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DIANA BOOHER,<br><br>                    Plaintiff,<br><br>          vs.<br><br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA,<br><br>                    Defendant. | Case No: EDCV14-00554 CBM(Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION<br>WITH PREJUDICE [JS-6]** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
HONORABLE CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE